**ORIGINAL**

ELLIOT ENOKI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 07 2001

at __ o'clock and __ min __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00445 SOM |
| Plaintiff, ) | INDICTMENT |
| v. ) | [21 U.S.C. § 846; 21 U.S.C §841(a)(1) and (b)(1)(B) |
| KOLAIAH JARDINE ) a/k/a "Spikey" (01), ) THOMAS DRISKO ) a/k/a"Tommy," (02), ) ) Defendants. ) | |

INDICTMENT

COUNT 1

The grand jury charges that:

From a date unknown, but from at least October 15, 2001, to October 24, 2001, in the District of Hawaii, the defendants, KOLAIAH JARDINE a/k/a "Spikey" and THOMAS DRISKO a/k/a "Tommy," did conspire together and with each other and other persons unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50

grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 328.19 grams, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On or about October 15, 2001, Thomas Drisko met with an individual to discuss the purchase of a quantity of crystal methamphetamine.

2. On or about October 15, 2001, Thomas Drisko sold an individual approximately 3.91 grams of crystal methamphetamine for $550.00. Thomas Drisko discussed the sale of an additional two ounces of crystal methamphetamine to the individual.

3. On or about October 17, 2001, the individual spoke to Thomas Drisko about the purchase of one-half ounce of crystal methamphetamine for $1,450.00

4. On or about October 17, 2001, Kolaiah Jardine met with an individual and provided him approximately 14 grams of crystal methamphetamine in exchange for $1450.

2

5. On or about October 17, 2001, Kolaiah Jardine discussed the sale of an additional eight ounces of crystal methamphetamine with the individual.

6. On or about October 24, 2001, Kolaiah Jardine sold the individual 310.55 grams of crystal methamphetamine.

7. All in violation of 21 U.S.C. §846.

## COUNT 2

The Grand Jury further charges:

On or about October 22, 2001, in the District of Hawaii, defendant THOMAS DRISKO, a/k/a "Tommy," did knowingly and intentionally distribute a quantity of marijuana, approximately 163.62 grams, a Schedule I controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about October 24, 2001, in the District of Hawaii, defendant THOMAS DRISKO, a/k/a "Tommy," did knowingly and intentionally cultivate and grow in excess of 100 marijuana plants, to wit, approximately 212 marijuana plants, a Schedule I controlled substance.

All in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(B).

COUNT 4

The Grand Jury further charges:

On or about October 24, 2001, in the District of Hawaii, defendant THOMAS DRISKO, a/k/a "Tommy," did knowingly and intentionally possess with intent to distribute approximately 329.70 grams of marijuana, a Schedule I controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

DATED: 11/7/01                     , at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Kolaiah Jardine, et.al.
Cr. No. _____
"Indictment"